■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GALLAGHER, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Rohl, J.), rendered February 25, 1987.

Ordered that the judgment is affirmed, and the case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (5) *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.